# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>v. )<br>     )<br>HAROLD WILSON, )<br>    Defendant. ) | Case No. 3:05-CR-95<br>    3:06-cr-05000<br>PHILLIPS/ SHIRLEY |

## ORDER

This matter is before the Court upon defendant's motion to file under seal [Doc. 37]. For good cause stated, defendant may file his sentencing memorandum under seal. Accordingly, defendant's motion is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

s/Thomas W. Phillips
**UNITED STATES DISTRICT JUDGE**